1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  816 H Street, Suite 108
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  JAMAL KHARUFEH-ARAUJO

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | Case No.: 08-188 WBS |
|---|---|---|
| 11 | Plaintiff, | STIPULATION AND ORDER |
| 12 | | VACATING DATE, CONTINUING |
| 13 | vs. | CASE, AND EXCLUDING TIME |
| 14 | JAMAL KHARUFEH-ARAUJO, | DATE:  June 9, 2008 |
| 15 | | TIME:  8:30 a.m. |
| 16 | Defendant. | JUDGE:  Hon. William B. Shubb |

17

18    IT IS HEREBY STIPULATED by and between Assistant United States Attorney
19  Daniel McConkie, Jr., Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel
20  for Defendant JAMAL KHARUFEH-ARAUJO, that the status conference scheduled for
21  June 9, 2008, at 8:30 a.m., be vacated and the matter continued to this Court's criminal
22  calendar on June 30, 2008, at 8:30 a.m. for further status conference.
23    This continuance is requested by the defense counsel in order to confer with Mr.
24  Kharufeh-Araujo, and to review the proposed plea agreement.
25    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
26  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv),
27  Local code T-4 (time to prepare), and that the ends of justice served in granting the
28  continuance and allowing the defendant further time to prepare outweigh the best
    interests of the public and the defendant to a speedy trial.

- 2 -

DATED:   June 6, 2008            /S/     Clemente M. Jiménez_____
                                         CLEMENTE M. JIMÉNEZ
                                         Attorney for Defendant
                                         Jamal Kharufeh-Araujo


                                 /S/     Daniel McConkie, Jr._____
                                         DANIEL McCONKIE, JR.
                                         Attorney for Plaintiff

ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 9, 2008, at 8:30 a.m., be vacated and the matter continued to June 30, 2008, at 8:30 a.m. for further status conference.

DATED:  June 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE